Js-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**Chris Langer**,

    Plaintiff,

v.

**Hector Banuelos; Lino Banuelos; Rosavelia Banuelos**;

    Defendants.

Case: 2:16-CV-06505-JFW-JCx

Judgment Re: Summary Judgment

Following the Court's ruling on October 17, 2019, the Court grants JUDGMENT in favor of plaintiff Chris Langer and against Defendants Hector Banuelos and Rosavelia Banuelos. Defendant Rosavelia Banuelos shall pay a statutory award of $4,000 to Plaintiff. Additionally, Defendant Hector Banuelos is ordered to provide and maintain accessible parking at the Bunz Gourmet Burger restaurant located at 655 W. 7th Street, San Pedro, California, in compliance with the ADA Standards for Accessible Design.

Dated: November 1, 2019

    _____
    Hon. John F. Walter
    United States District Judge