Hector Banuelos, Lino Banuelos & Rosavelia Banuelos

2323 W. 37th St.

San Pedro, CA 90732

310-684-2080

Plaintiffs in Pro Per

FILED
CLERK, U.S. DISTRICT COURT
FEB 12 2020
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Chris Langer

    Plaintiff,

vs.

Hector and Rosavelia Banuelos

    Defendants in pro per.

Case No. 2:16-CV-06505-JFW-JC

Joint Statement re Meet and Confer Efforts re: Defendants' motion to Set Aside Summary Judgment and Motion to Dismiss with Prejudice

Honorable Judge John F. Walter

Pursuant to Section 5(b) of this Court's Standing Order dated September 1, 2016, the parties hereby submit the following Joint Statement regarding their meet and confer efforts regarding Defendants' Motion to Set Aside Summary Judgment and Motion to Dismiss with Prejudice.

## I. Meet and Confer Date, Participants and Duration

On February 5, 2020, I, Hector Banuelos conferred with counsel for Plaintiff, Isabel Masanque. I stated that my mother, Defendant Rosavelia Banuelos was unable to participate due to her incompetence. I further stated that my father, Defendant Lino Banuelos is deceased. The conference lasted about 15 minutes.

```
 1                                    Defendant in Pro Per
 2
 3
                                      By: /s/ Isabel Rose Masanque
 4                                    _____
 5                                         Isabel Masanque
                                          Attorney for Plaintiff
 6  Dated: February 6, 2020
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

1  Hector Bañuelos, Lino, Rosa Bañuelos (Full Name)
2  videndum@gmail.com (Address Line 1)
3  2323 W. 37th St. (Address Line 2)
4  San Pedro, CA 90732 (Phone Number)
5  Defendant in Pro Per
6  (indicate Plaintiff or Defendant)
7  310 684 2080

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Chris Langer,
           Plaintiff,

vs.

Hector Bañuelos
Rosa Bañuelos
Lino Banuelos

           Defendant(s).
           in pro per

Case No.: 2:16-CV-06505 JFW-JC

**PROOF OF SERVICE BY MAIL**

I, Ronald Bañuelos, declare as follows:
   (name of person serving documents)

My address is 2323 W. 37th St. San Pedro, CA 90732, which is located in the county where the mailing described below took place.

Pro Se Clinic Form

1
Proof of Service

| | |
|---|---|
| 1 | On __Feb. 9, 2020__, I served the document(s) described as: |
| 2 | (date of mailing) |
| 3 | __Joint Statement re Meet and Confer__ |
| 4 | (list the names of the documents you are mailing) |
|   | __Efforts re Defendants' motion to Set__ |
| 5 | __Aside Summary Judgment and motion__ |
| 6 | __to Dismiss with Prejudice__ |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | on all interested parties in this action by placing a true and correct copy thereof in |
| 13 | a sealed envelope, with first-class postage prepaid thereon, and deposited said |
| 14 | envelope in the United States mail at or in __San Pedro, CA__, |
|   | (city and state of mailing) |
| 15 | addressed to: |

| | |
|---|---|
| __Isabel R. Masanque__ (name) | __United States Courthouse__ (name) |
| __8033 Linda Vista Rd.__ (address) | __Central District CA__ (address) |
| __Suite 200__ (address) | __255 E. Temple St.__ (address) |
| __San Diego, CA 92111__ (address) | __STE. TS-134__ (address) |
| | __Los Angeles, CA 90012__ |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __2/8/20__ at __San Pedro, CA__.
(date) (city and state of signing)

__Ronald Bañuelos__
(sign)

__Ronald Bañuelos__
(print name)

Pro Se Clinic Form

2

Proof of Service





USPS TRACKING® NUMBER
EXPECTED DELIVERY DAY: 02/11/20
9505 5148 7021 0041 4211 77

2323 W. 37th St.
San Pedro, CA 90732

To
US Courthouse
Central District of CA
255 East Temple St.
Ste TS-134
Los Angeles, CA 90012



RECEIVED
CLERK, U.S. DISTRICT
FEB 12 20
CENTRAL DISTRICT


1004


90012

U.S. POSTAGE PAID
SAN PEDRO, C
90734
FEB 10, 20
AMOUNT
$7.50
R2304H109372-0

2323 W. 37th St.
San Pedro, CA 90732



PRIORITY MAIL
TRACKED INSURED
UNITED STATES POSTAL SERVICE
For Domestic and International Use
Label 107R, May 2014

EXPECTED DELIVERY DAY: 02/11/20
USPS TRACKING® NUMBER
9505 5148 7021 0041 4211 77

TO:
US COURTHOUSE
Central District of CA          JFW
255 East Temple St
Ste. TS-134
Los Angeles, CA 90012



1004
90012
U.S. POSTAGE PAID
PM 1-DAY
SAN PEDRO, CA
90734
FEB 10, 20
AMOUNT
$7.50
R2304H109372-03